# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2026

SEAN F. McAVOY, CLERK

RICHARD F.,
*Plaintiff*
v.

FRANK BISIGNANO,
Commissioner of Social Security,
*Defendant*

Civil Action No. 1:25-CV-03163-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Defendant's Motion, ECF No. 18 is GRANTED.
Plaintiff's Motion, ECF No. 14 is DENIED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

❐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge James A. Goeke

Date: September 29th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*